# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS GREEN CHAMBER OF COMMERCE, | |
| Plaintiff, | Case No. 2:11-cv-01605-JCM-PAL |
| vs. | **ORDER** |
| WARD 5 CHAMBER OF COMMERCE, LAS VEGAS, | |
| Defendants. | |

This matter is before the court on Defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (Dkt. #1) in this matter was filed October 4, 2011. Defendant's Answer (Dkt. #10) was filed November 7, 2011. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendant has failed to comply. Accordingly,

**IT IS ORDERED** Defendant shall file its Certificate as to Interested Parties, which fully

///

///

///

1 | complies with LR 7.1-1 **no later than 4:00 p.m., December 6, 2011.**  Failure to comply may result in
2 | the issuance of an order to show cause why sanctions should not be imposed.

   Dated this 22nd day of November, 2011.

_____
Peggy A. Leen
United States Magistrate Judge